UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE DAVIS,<br><br>      Plaintiff,<br><br>    v.<br><br>R. RACKLEY, et al.,<br><br>      Defendants. | No. 2:18-cv-0090-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a 90-day extension of time to file an amended complaint in accordance with the court's February 4, 2019 screening order.

Plaintiff's request (ECF No. 9) is granted and plaintiff has 90 days from the date this order is served to file an amended complaint. The court notes that preparing an amended complaint should not require extensive research. Nor should it require the inclusion of legal citations, unnecessary exhibits, or overly detailed factual allegations. Thus, the court is not inclined to grant further requests for extension of time, as this extension should afford plaintiff sufficient time to prepare and file an amended complaint.

So ordered.

DATED: February 26, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE