UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBBIE DAVIS,

    Plaintiff,

v.

R. RACKLEY, Warden, et al.,

    Defendants.

No. 2:18-cv-0090-TLN-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Once again, he has requested that he be permitted to voluntarily dismiss this action on the condition that the filing fee be refunded to him. ECF No. 24; *see also* ECF Nos. 12 & 13.

Plaintiff's request is denied. If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Even if plaintiff chooses to voluntarily dismiss this action, he remains obligated to pay the entire filing fee "in increments." *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 2, 2020 request (ECF No. 24) is denied. If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

DATED: March 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE