UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. RACKLEY, Warden, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0090-TLN-EFB<br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 8, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 20.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 21.)  Plaintiff additionally filed a Notice of Voluntary Dismissal, conditioning his request for dismissal on a return of his filing fee.  (ECF No. 24; *see also* ECF No. 23.)  The magistrate judge denied the request on March 10, 2020.  (ECF No. 25.)

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

1

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 8, 2020 (ECF No. 20), are ADOPTED IN FULL;

2. Plaintiff's Amended Complaint (ECF No. 16) is DISMISSED without leave to amend as barred by the statute of limitations; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 24, 2020

/s/ Troy L. Nunley
Troy L. Nunley
United States District Judge