UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>R. RACKLEY, Warden, et al.,<br><br>Defendants. | No. 2:18-cv-00090-TLN-EFB<br><br>**ORDER** |

On March 26, 2020, the Court dismissed this action as barred by the statute of limitations and the Clerk of the Court entered judgment. (ECF Nos. 26, 27.) Presently before the Court is Plaintiff's May 18, 2023 letter, requesting that the Court allow his case to move forward. (ECF No. 31.) Plaintiff previously filed such a request, which the Court construed as a motion for reconsideration under Federal Rule of Civil Procedure 60(b). (ECF Nos. 28, 29, 30.) That motion was denied by order filed December 14, 2020. (ECF No. 30.) Like the prior motion, the instant request is construed as a motion for reconsideration under Rule 60(b). So construed, the motion is hereby DENIED.

Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an

1

opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other reason justifying relief. Fed. R. Civ. P. 60(b). In the instant motion, Plaintiff repeats arguments previously raised and rejected by the Court and does not address or otherwise meet the Rule 60(b) standards.

Accordingly, Plaintiff's May 18, 2023 letter, construed as a motion for relief from judgment pursuant to Rule 60(b) (ECF No. 31), is DENIED.

IT IS SO ORDERED.

Date: June 20, 2023

_____
Troy L. Nunley
United States District Judge